UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o CATHERINE STUTZER,<br><br>Plaintiff(s),<br><br>v.<br><br>WELLS FARGO COMPANY; ABC CORP. (1-10) (Said names being fictitious and unknown entities),<br><br>Defendant(s). | CIVIL ACTION NO. 2:12-cv-04927-WJM-MF<br><br>STIPULATION AND CONSENT ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT |

It is hereby stipulated and agreed by and between the parties that the time within which defendant, Wells Fargo & Company, may answer, move or otherwise respond to the second Amended Complaint is hereby extended through and including December 3, 2012.

By: /s/Andrew R. Bronsnick
Andrew R. Bronsnick, Esq.
Massood & Bronsnick, LLC
50 Packanack Lake Road East
Wayne, NJ 07470-6663
Phone: (973) 696-1900
Fax: (973) 696-4211
Email: ABronsnick@massoodlaw.com
Attorneys for Plaintiff

By: /s/ Kathleen McLeod Caminiti
KATHLEEN McLEOD CAMINITI
FISHER & PHILLIPS LLP
430 Mountain Avenue, Suite 303
Murray Hill, NJ 07974
Phone: 908-516-1050
Fax: 908-516-1051
Email: kcaminiti@laborlawyers.com
Attorneys for Defendant Wells Fargo & Company

Dated: November 28, 2012

So Ordered:

_____  11/29/12
The Honorable Mark Falk, U.S.M.J.

NewJersey 192866.1